US MAGISTRATE COURT
DS - SDTX
FILED

JUN 1 3 2007

Michael N Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. L-07-549 |
| **MARTHA GUERRERO** | § § | |
| Defendant | § § | |

## FACTUAL BASIS FOR GUILTY PLEA

TO THE HONORABLE COURT:

The United States of America, by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney, and the Defendant and Defendant's counsel, hereby stipulate to the following:

I.

If this case had proceeded to trial, the Government would have proved by legal and competent evidence that on March 26, 2007, at 11:15 p.m. a green 1998 Chevrolet Malibu with Texas license plates approached the Border Patrol checkpoint on highway 1017 near Hebbronville, Texas. There were five occupants in the vehicle. In primary inspection in response to the Border Patrol agent's immigration questions, the driver, Martha Guerrero, stated she was a U.S. citizen. The front seat passenger, Roberto Medina Martinez, avoided eye contact with the agent and did not answer. The back seat passengers avoided eye contact and stated in

broken English that they were born in Houston. The vehicle was then referred to secondary inspection. In secondary, all the passengers admitted that they were illegal aliens.

Under rights advisement and waiver, Guerrero stated that she had arranged to transport the undocumented aliens with Medina. She picked up Medina at his house, and he directed her to a store parking lot in San Juan, Texas where they picked up the three aliens who were riding in the back seat of the car. In exchange for transporting the aliens, she expected to be paid by Medina $600 per alien.

Under rights advisement and waiver, the material witness stated that she made arrangements to be smuggled to Houston, Texas for $1,200. She was guided across the Rio Grande River and taken to a house where she stayed for several days. She was then transported to a parking lot by a grocery store and told to get in the Green Malibu in which she was stopped by Border Patrol.

II.

Defendant and counsel, having read the foregoing stipulation of facts, agree that these facts are true and correct and are approved by signing this document.

> Respectfully Submitted,
> DONALD J. DeGABRIELLE, JR.
> UNITED STATES ATTORNEY
>
> By: ROBERT S. JOHNSON
> Assistant United States Attorney

10

APPROVED:

*[signature]*                                   Date: 6-13-07
**MARTHA GUERRERO**
DEFENDANT


*[signature]*                                   Date: 6-13-07

ATTORNEY FOR DEFENDANT


11